IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | |
|---|---|
| MAHAAMAD ABDURRAHEEM, *et al.*, | Case No. 1:20-cv-206 |
| Plaintiffs, | Judge Matthew W. McFarland |
| v. | |
| AARON JONES, *et al.*, | |
| Defendants. | |

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATIONS (Doc. 5)**

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Stephanie K. Bowman (Doc. 5), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** said Report and Recommendations in its entirety. Accordingly, this action is **DISMISSED WITH PREJUDICE** for failure to state a claim for relief. Furthermore, pursuant to 28 U.S.C. § 1915(a)(3), it is hereby certified that an appeal of this Order would not be taken in "good faith." *See McGore v. Wrigglesworth*, 114 F.3d 601 (6th Cir. 1997).

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: __/s/ Matthew W. McFarland__
JUDGE MATTHEW W. McFARLAND