**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION - CINCINNATI**

| | | |
|---|---|---|
| MAHAAMAD ABURRAHEEM, et. al, | : | Case No. 1:20-cv-206 |
| | : | |
| Plaintiffs, | : | Judge Matthew W. McFarland |
| | : | |
| vs. | : | |
| | : | |
| AARON JONES, et al., | : | |
| | : | |
| Defendants. | : | |

---

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATIONS**

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Stephanie K. Bowman (Doc. 10), to whom this case is referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations in its entirety. Accordingly, the Court **DENIES** Plaintiff's motion to reopen this case. Further, the Court **DENIES** Plaintiff's leave to appeal in forma pauperis.

**IT IS SO ORDERED**.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: ______________________________
JUDGE MATTHEW W. McFARLAND